### 16539.  LYLE *v.* CAMPBELL.

BLOODWORTH, J. The court did not err in any of its rulings on the pleadings, and properly directed a verdict for the plaintiff.

  *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
  DECIDED OCTOBER 6, 1925.

Complaint; from Carroll superior court—Judge Roop.   April 15, 1925.

*Smith & Taylor,* for plaintiff in error.

*Boykin & Boykin,* contra.